USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
       -v- : 1:19-cr-451-GHW
:
SHAWN DAWKINS, and : ORDER
BYRON BARBER, :
:
       Defendants. :
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendants SHAWN DAWKINS, by and through his attorney, MARK GOMBINER, Esq., and BYRON BARBER, by and through his attorney, ROBERT A. SOLOWAY, Esq., and with the consent of Assistant United States Attorney JACOB GUTWILLIG, it is hereby ORDERED that the pretrial conference in this case is continued from November 19, 2019 to December 4, 2019 at 4:00 p.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through December 4, 2019 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.

      SO ORDERED.

Dated: November 19, 2019
New York, New York

                                                _____
                                                  GREGORY H. WOODS
                                               United States District Judge