USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES,

                   -v-                                1:19-cr-00451-GHW

    SHAWN DAWKINS,                          ORDER

                                Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On November 26, 2019, Defendant Shawn Dawkins filed an application to modify the conditions of pre-trial release to permit him to apply for a passport, and to travel to Jamaica. Dkt. No. 31. On December 5, 2019, the Court held a hearing on the application. The application was granted. The conditions of the defendant's pretrial release are modified as follows: The defendant is permitted to apply for a passport. Immediately upon its issuance, he must provide it to his pre-trial services officer. It may be released by the pre-trial services officer to Mr. Dawkins to permit him to travel to Jamaica and must be returned to his pre-trial services officer promptly following his return from Jamaica.

      Mr. Dawkins may travel to Jamaica to appear at the United States embassy to complete his daughter's application. He must notify the pre-trial services officer of his travel plans once they are finalized, and he must notify the pre-trial services officer promptly following his return to the United States. The Court understands that the travel to Jamaica will last no more than one week.

With the exception of these modifications, all other conditions of Mr. Dawkins' pre-trial release remain in full force and effect.

SO ORDERED.

Dated: December 6, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge