```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2020
```

------------------------------------------------------------ X
                                                             :
UNITED STATES,                                               :
                                                             :
                                                             :
         -v-                                                 :        1:19-cr-00451-GHW
                                                             :
                                                             :
SHAWN DAWKINS,                                               :        ORDER
                                                             :
                                         Defendant.          :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

As stated on the record during a status conference held on **January 31, 2020**, trial in this matter will commence on **Monday, April 20, 2020 at 9:00 a.m.** The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than **February 24, 2020**. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on **April 3, 2020 at 2:30 p.m.**

The parties are further directed to submit (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than **February 24, 2020**. If the parties are unable to agree on the language of such a short overview, they are

directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: February 3, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge