USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                            :
  UNITED STATES,                            :

               -v-                         :          1:19-cr-00451-GHW-2

  SHAWN DAWKINS,                      :          <u>ORDER</u>

                           Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 3, 2020, the Court set a deadline of February 24, 2020 for the parties to submit motions *in limine* and other pretrial materials as described in Rule 6 of the Court's Individual Rules of Practice in Criminal Cases. Dkt No. 34. That deadline has passed. Accordingly, the parties are directed to submit any motions *in limine*; the other pretrial materials described in Rule 6 of the Court's Individual Rules of Practice in Criminal Cases; a proposed brief description of the case, to be read to the venire; and a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements forthwith and in any event no later than Monday, March 2, 2020. The parties are reminded that failure to comply with Court-ordered deadlines may result in the imposition of sanctions.

     SO ORDERED.

Dated: February 26, 2020
New York, New York

                                                          _____
                                                            GREGORY H. WOODS
                                                         United States District Judge