USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
: 
UNITED STATES OF AMERICA
:
      - v. -                     [~~PROPOSED~~] ORDER
:
SHAWN DAWKINS             :   19 Cr. 451 (GHW)

         Defendant.   :

------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Ona T. Wang on March 9, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
       March 16, 2020

                                THE HONORABLE GREGORY H. WOODS
                                UNITED STATES DISTRICT JUDGE
                                SOUTHERN DISTRICT OF NEW YORK