**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

# MEMORANDUM ENDORSED

June 4, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/20

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Sean Dawkins**
   19 Cr. 451 (GHW)

Your Honor:

With the consent of the government, I am requesting that the sentencing of Mr. Dawkins, currently scheduled for June 9, 2020 be adjourned to a date at which all parties can appear in person. The parties suggest that a date in late August or early September would be convenient.

Thank you for your attention to this matter.

Respectfully submitted,

s/
Mark B. Gombiner
Attorney for Sean Dawkins

Cc: A.U.S.A. Jacob Guttwillig

---

Application granted. The sentencing of Mr. Dawkins is adjourned to August 25, 2020 at 3:00 p.m. The defendant's sentencing submissions are due no later than August 11, 2020. The government's sentencing submissions are due no later than August 18, 2020.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.

SO ORDERED
June 4, 2020

_____
GREGORY H. WOODS
United States District Judge